UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALTER CRANE,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendants.

Case No. 09-cv-922-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Michael J. Astrue, Commissioner of Social Security, to deny plaintiff Walter Crane's July 2005 applications for disability benefits is affirmed.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By: s/ Jina Hoyt, Deputy Clerk**

**Date:**  January 4, 2011

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**